No. 00–8801.   VONSCHOUNMACHER v. TEXAS, 532 U. S. 1024;

No. 00–8856.   WILLIAMS v. HAYES, SHERIFF, ITAWAMBA COUNTY, MISSISSIPPI, ET AL., 532 U. S. 1012;

No. 00–8899.   REID v. CITY OF FLINT ET AL., 532 U. S. 1026;

No. 00–8956.   BUTCHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1027;

No. 00–9033.   VILLEGAS v. LINDSEY, WARDEN, 532 U. S. 1041;

No. 00–9094.   GEORGIOU v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, 532 U. S. 1028;

No. 00–9138.   MCSHEFFREY v. EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEYS ET AL., 532 U. S. 1042;

No. 00–9175.   HUGHES v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 532 U. S. 1029;

No. 00–9194.   HEIDLER v. GEORGIA, 532 U. S. 1029;

No. 00–9254.   WINSLOW v. O'NEILL, SECRETARY OF THE TREASURY, 532 U. S. 1043;

No. 00–9344.   CLARK v. NORTH DAKOTA, 532 U. S. 1043;

No. 00–9371.   GLADSTONE v. HASTINGS ET AL., ante, p. 906; and

No. 00–9774.   TOMAS v. UNITED STATES, 532 U. S. 1075.   Petitions for rehearing denied.

No. 99–9417.   KELLY v. SMALL, WARDEN, ET AL., 531 U. S. 918. Motion for leave to file petition for rehearing denied.

## JULY 10, 2001

No. 01–5172 (01A34).   IN RE MALLETT.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 00–10802 (00A1124).   MALLETT v. MISSOURI.   Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 01–5173 (01A36).   MALLETT v. MISSOURI.   Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.